[No. 14646. In Bank. — February 4, 1892.]

PATRICK DONOHUE ET UX., PETITIONERS, *v.* THE SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO ET AL., RESPONDENTS.

TRIAL BY JURY — MANDAMUS — PROVINCE OF TRIAL COURT — REMEDY BY APPEAL. — The question as to whether or not the parties to an action are entitled to a trial by jury is a question of law which the trial court has jurisdiction to hear and determine, for error in the determination of which the party aggrieved has a sufficient remedy by appeal, and a writ of mandate will not be issued to compel the trial court to grant a jury trial.

PETITION to the Supreme Court for a writ of mandate to the Superior Court of the city and county of San Francisco, and John Hunt, judge thereof. The facts are stated in the opinion of the court.

*Michael Mullany,* for Petitioners.

The COURT. — Petitioners aver that they are defendants in an action pending in the court of respondents, in which one Hinkel is plaintiff; that said action is an action to quiet title to certain described lands; that petitioners have answered in said action, setting up certain defenses; that petitioners have demanded a jury trial of

said action; that their demand has been refused, and that the respondents are about to try said action without a jury.   Wherefore petitioners pray for a writ of mandate, commanding respondents to comply with petitioners' demand for a jury, and " not to undertake to try or to set said action for trial without a jury."

Whether or not the petitioners should have a jury trial of said action is a question of law which the superior court has jurisdiction to hear and determine; and if any error has been, or shall be, committed in determining that question, the petitioners have a sufficient remedy in the ordinary course of law by appeal.

. The prayer of petitioners is denied, and the proceeding dismissed.